No. 154　　　　February 25, 2026　　　　485

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA ELI EPPS,
aka Joshua Epps, aka Joshua E. Epps,
*Defendant-Appellant.*

Klamath County Circuit Court
19CR32555; A188146 (Control), A188152

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA ELI EPPS,
*Defendant-Appellant.*

Klamath County Circuit Court
22CR35578; A188147

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA ELI EPPS,
*Defendant-Appellant.*

Klamath County Circuit Court
23CR00328; A188148

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA ELI EPPS,
*Defendant-Appellant.*

Klamath County Circuit Court
23CR09716; A188149

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA ELI EPPS,
aka Joshua Epps, aka Joshua E. Smith, aka Joshua Eli,
*Defendant-Appellant.*

Klamath County Circuit Court
24CR27032; A188150

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA ELI EPPS,
*Defendant-Appellant.*

Klamath County Circuit Court
24CR31910; A188151

Marci Warner Adkisson, Judge. (Judgments entered May 1, 2025, in A188146 and A188150) (Judgments entered April 30, 2025, in A188147, A188148, A188149, and A188151)

Andrea M. Janney, Judge. (Judgment entered February 27, 2020, in A188146) (Judgment entered June 25, 2025, in A188148)

Submitted January 9, 2026.

Frances J. Gray filed the brief for appellant.

Lauren P. Robertson, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

In Case No. A188146 (Control), affirmed.

In Case No. A188147, affirmed.

In Case No. A188148, affirmed.

In Case No. A188149, affirmed.

In Case No. A188150, affirmed.

In Case No. A188151, affirmed.

**LAGESEN, C. J.**

Defendant appeals six judgments of conviction entered following his entry of guilty pleas, in addition to one probation-revocation judgment.[1] In each case, appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The briefs do not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[2]

Defendant was on probation when he was charged with numerous additional crimes. Following three settlement conferences, defendant agreed to plead guilty to some of the charges in exchange for a stipulated sentence totaling 16 years' imprisonment.[3] He later filed a motion to withdraw his plea, which the trial court denied.

---

[1] The appeals in Case Nos. A188146 (Control), A188147, A188148, A188149, A188150, and A188151 have been consolidated only for purposes of opinion and otherwise remain separate cases. A188152 is an appeal from a probation revocation judgment in the case from which A188146 arose; it was consolidated with A188146 by order, and remains consolidated with A188146.

[2] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.

[3] In Case No. 19CR32555 (A188146 (control)), defendant pleaded guilty to aggravated theft in the first degree and identity theft and was sentenced to probation. In the consolidated appeal, A188152, defendant admitted that he violated probation and was sentenced to 36 months' imprisonment pursuant to his plea agreement.

In Case No. 22CR35578 (A188147), defendant pleaded guilty to Fleeing or Attempting to Elude a Police Officer, ORS 811.540(1)(b)(A), and his license was suspended.

In Case No. 23CR00328 (A188148), defendant pleaded guilty to first-degree Escape, ORS 162.165, and was sentenced to 36 months' imprisonment; Fleeing or Attempting to Elude a Police Officer, ORS 811.540(1)(b)(A), and his license was suspended; two counts of Unlawful Use of Weapon, ORS 166.220, and was given two 30 month sentences of imprisonment, one of which was to run concurrently with the other sentences; and Felon in Possession of a Firearm, ORS 166.270(1), and sentenced to 30 months.

In Case No. 23CR09716 (A188149), defendant pleaded guilty to first-degree Aggravated Theft, ORS 164.057, and was sentenced to 24 months imprisonment.

In Case No. 24CR27032 (A188150), defendant pleaded guilty to Fleeing or Attempting to Elude a Police Officer, ORS 811.540(1)(b)(A), and his license was suspended.

In Case No. 24CR31910 (A188151), defendant pleaded guilty to two counts of Tampering with a Witness, ORS 162.285, and was sentenced to 36 months' and 30 months' imprisonment, to run concurrently.

The remaining charges were dismissed. In total, defendant was sentenced to 192 months' imprisonment.

Having reviewed the records, including the trial court files, the transcript of the hearings, and the *Balfour* briefs, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

In Case No. A188146 (Control), affirmed. In Case No. A188147, affirmed. In Case No. A188148, affirmed. In Case No. A188149, affirmed. In Case No. A188150, affirmed. In Case No. A188151, affirmed.